# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Cory L Brackbill          BK NO. 24-01078 HWV

            Debtor(s)

                                                  Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ *Michael Farrington*
                                            PA Middle BK
                                            16 May 2024, 13:33:43, EDT

                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      215-627-1322