



400 GUYS RUN ROAD
CHESWICK, PA 15024



# EARNINGS Statement

Period Beginning: 04/23/2024
Period Ending: 04/29/2024
Pay Date: 05/03/2024

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0

CORY L BRACKBILL
512 CHESTNUT ST
MT HOLLY SPRINGS PA 17065

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.7400 | 40.00 | 1,069.60 | 17,994.43 |
| Overtime | 40.6480 | 5.00 | 203.24 | 6,077.55 |
| Job Upgrade | | | 39.69 | 303.10 |
| Shift Diff 2 | 0.2500 | 32.00 | 8.00 | 84.82 |
| Shift Diff 3 | 0.3000 | .25 | 0.08 | 21.94 |
| Holiday Hourly | | | | 411.36 |
| Vrbl Perf Plan | | | | 606.00 |
| **Gross Pay** | | | **$1,320.61** | 25,499.20 |

| Other | this period | year to date |
|---|---|---|
| Cka Checking 1 | -792.61 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,102.96

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Imputed Inc | 0.11 | 1.23 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -122.13 | 2,635.59 |
| | Social Security Tax | -75.01 | 1,457.37 |
| | Medicare Tax | -17.55 | 340.84 |
| | PA State Income Tax | -37.14 | 721.61 |
| | Mt Holly Spr Income Tax | -19.36 | 376.09 |
| | South Middle Local Svc Tax | -1.00 | 18.00 |
| | PA SUI Tax | -0.92 | 17.85 |
| **Other** | | | |
| | Company Store | -22.00 | 63.00 |
| | Dental Pretax | -8.54* | 153.72 |
| | Medical Ins Pre | -98.77* | 1,777.86 |
| | Pretax 401K | -106.96* | 1,840.58 |
| | Sav Plan Ln1 | -11.96 | 215.28 |
| | Vision Ins Pre | -3.49* | 62.82 |
| | Vol Life Ee | -3.08 | 53.64 |
| | Voluntary Ad_D | -0.09 | 1.62 |
| **Net Pay** | | **$792.61** | |



400 GUYS RUN ROAD
CHESWICK, PA 15024

Deposited to the account of
CORY L BRACKBILL

amount
$792.61



THIS IS NOT A C[HECK]

Case 1:24-bk-01078-HWV   Doc 20   Filed 07/26/24   Entered 07/26/24 09:51:47   Desc
Main Document    Page 1 of 1