LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                   :   CHAPTER 13
Cory Brackbill          :   CASE NO. 1-24-bk-01078
     DEBTORs            :

REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R 2016-2(c)<br>1. Amount agreed to by Debtor<br>2. Less amount paid to Attorney prior to filing petition<br>3. Balance of compensation to be paid through plan<br>4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | <br>$4,500<br>  1,055<br>$3,445<br>$    0.00 |
| **B.** Compensation and reimbursement allowed upon application and order under LBR 2016-2(a)<br>1. Retainer received<br>2. Compensation earned prepetition and paid to attorney prior to filing petition<br>3. Expenses reimbursed prepetition<br>4. Balance in retainer after deduction of prepetition compensation and expenses<br>5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | |
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C § 503(b)(2) in the following amount based on the information above: | $3,445 |

```
       5/31/24                  /s/ Michael S. Travis
Dated: _____         _____
                                Michael S. Travis, Attorney for Debtor
```

11

12