IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Cory L. Brackbill | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | |
| Midfirst Bank | ) | No. 24-01078 HWV |
|     Movant | ) | |
| vs. | ) | |
| | ) | |
| Cory L. Brackbill, | ) | |
|     Debtor | ) | |
| Jack N. Zaharopoulos | ) | |
|     Trustee | ) | Stay Relief |

## VERIFICATION

I verify that the statements made in this Answer and New Mater are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsification to authorities.

                                                                             /s/ Cory L. Brackbill

Date: 8/12/24                                                     _____
                                                                          Cory L. Brackbill

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Cory L. Brackbill | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| Midfirst Bank | ) | No. 24-01078 HWV |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| Cory L. Brackbill, | ) | |
| Debtor | ) | |
| Jack N. Zaharopoulos | ) | |
| Trustee | ) | Stay Relief |

CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document was served upon the following persons by first class mail, postage prepaid:

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
(electronically served)

United States Trustee
(electronically served)

Debtor, Cory L. Brackbill
(electronically served)

/S/ MICHAEL S TRAVIS

Date: 8/13/24

_____
Michael S. Travis
3904 Trindle Road
Camp Hill, PA 17011
*Attorney for Debtor(s)*