**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: CORY L. BRACKBILL<br>　　　　Debtor | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>　　　　Movant | CASE NO: 1:24-bk-01078-HWV |
| vs. | |
| CORY L. BRACKBILL<br>　　　　Respondent | |

## **AMENDED NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Sylvia H. Rambo United States Courthouse<br>Bankruptcy Courtroom 4B<br>1501 North 6th Street<br>Harrisburg, PA 17102 | Date:　January 8, 2025<br><br>Time:　9:35 am |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: December 3, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Douglas R. Roeder, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　Id: 80016
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　　　　Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　　　　　　　　　　Phone: 717-566-6097
　　　　　　　　　　　　　　　　　　　　　　　　　email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CORY L. BRACKBILL
    Debtor

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1:24-bk-01078-HWV

vs.

CORY L. BRACKBILL
    Respondent

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 3, 2024, I served a copy of this Amended Notice on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>
MICHAEL S. TRAVIS, ESQUIRE
3904 TRINDLE ROAD
CAMP HILL, PA   17011-
P:(717)731-9502

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by 1st Class Mail</u>
CORY L. BRACKBILL
512 CHESTNUT STREET
MOUNT HOLLY SPRINGS, PA 17065

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 3, 2024

/s/ Judy Haubert
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: 717 566-6097
email: info@pamd13trustee.com