IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ) CHAPTER 13
    Cory L. Brackbill )
        Debtor ) Case 21-24-bk-01078

AMENDED
Notice to Creditors and Parties in Interest

NOTICE IS GIVEN THAT:

An amended plan has been filed by the Debtor(s).
A confirmation hearing on this matter has been scheduled for:

| United States Bankruptcy Court<br>The Sylvia H. Rambo US Courthouse<br>1501 North 6th Street<br>Bankruptcy Courtroom #8, 4th Floor<br>Harrisburg, PA 17102 | Date: 3/19/25<br><br>Time: 9:30 am |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before 3/12/25. Any filing must conform to the Rules of Bankruptcy Procedures, unless the Court determines otherwise. A copy of any objection or response must be served upon Debtor(s) counsel at the below address.

If service was properly made and any creditor or other party of interest failed to file an objection/response by the above specified date, the Court may determine after review of the Amended Plan that no hearing is required and confirm the Amended Plan.

Evidentiary hearings will not be conducted at the time of confirmation hearing. If it is determined that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date.

Date: 2/14/25         Michael S. Travis
                Attorney for Debtor
                3904 Trindle Road
                Camp Hill, PA 17011
                717-731-9509
                travisattorney@protonmail.com

   Initial requests for continuance of hearing (L.B.F. 9013-4, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received within 24 hours of the hearing may not be considered except in emergency situations. Additional requests for continuance must be filed as a motion. Requests to appear telephonically shall be made in accordance with L.B.R. 9074-1(a).
   Copies of all documents filed in connection with this matter are available for inspection at the Clerk's Office locates at: 1501 North 6th Street, Harrisburg, PA 17102