UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CORY L. BRACKBILL, : CHAPTER 13
    Debtor :
     :
JACK N. ZAHAROPOULOS, :
STANDING CHAPTER 13 TRUSTEE, :
    Movant :
     :
vs. :
     :
CORY L. BRACKBILL, :
    Respondent : CASE NO. 1-24-bk-01078-HWV

## TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 12th day of March 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtor's Plan for the following reason:

1. Trustee avers that Debtor's Plan is not feasible based upon the following:

    a. The Plan is ambiguous as to the base amount. The tier payments total $81,600.00. Therefore, the listed total base amount of $80,729.99 is incorrect.

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

    a. deny confirmation of Debtor's Plan;
    b. dismiss or convert Debtor's case; and
    c. provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder, Esquire
       Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 12th day of March 2025, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Michael S. Travis, Esquire
3904 Trindle Road
Camp Hill, PA 17011

                /s/ Derek M. Strouphauer, Paralegal
                Office of Jack N. Zaharopoulos
                Standing Chapter 13 Trustee