Rev. Sept 1, 2014

## LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br>Cory L. Brackbill<br><br>Debtor(s)<br><br>Enter text<br><br>Plaintiff(s)/<br>Movants<br><br>vs.<br><br>Enter text<br><br>Defendant(s)/<br>Respondent(s) | CHAPTER: 13<br>CASE NO.: 24-1078<br>ADV. NO.: - -ap-<br>NATURE OF PROCEEDING: Confirmation hearing<br>DOCUMENT No.: May 14 2025 |
|---|---|

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Amended schedules expected from Debtor; counsel has hearing in County Court same date

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: May 9, 2025                       /s/ Michael S. Travis
                                         Applicant's Signature

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.