United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Cory L Brackbill<br>    Debtor | Case No. 24-01078-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 25, 2025 | Form ID: ordsmiss | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cory L Brackbill, 512 Chestnut Street, Mount Holly Springs, PA 17065-1216 |
| 5613819 | + | Midfirst Bank, C/O Michael McKeever, Esquire, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Sep 25 2025 22:41:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5613818 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2025 18:55:16 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5628991 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 18:55:21 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5625175 | + | EDI: AISMIDFIRST | Sep 25 2025 22:41:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5628171 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 25 2025 18:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5613820 | + | EDI: AGFINANCE.COM | Sep 25 2025 22:41:00 | One Main Finance, PO Box 1010, Evansville, IN 47706-1010 |
| 5620209 | + | EDI: AGFINANCE.COM | Sep 25 2025 22:41:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5626879 | | EDI: PRA.COM | Sep 25 2025 22:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Michael S Travis | on behalf of Debtor 1 Cory L Brackbill travisattorney@protonmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cory L Brackbill,   Chapter   13

**Debtor 1**

Case No.   1:24−bk−01078−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 25, 2025

ordsmiss (05/18)